AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| JOCELYN P. PALACIOS | ) |
| *Plaintiff* | ) |
| v. | ) |
| NCL (BAHAMAS) LTD., A BERMUDA | ) |
| COMPANY, | ) |
| *Defendant* | ) |

Civil Action No.  1:23-cv-20873-RAR

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (Bahamas) Ltd., A
Bermuda Company
DANIEL S. FARKAS
7665 Corporate Center Dr.
Miami, FL 33126

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lance A. Garrett, Esq.
SteinLaw, P.A.
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180

If you fail to respond, judgment by default will be entered        laint.
You also must file your answer or motion with the court.

Mar 6, 2023

Date: _____

**SUMMONS**

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____

_____

| | |
|---|---|
| JOCELYN P. PALACIOS | ) |
| *Plaintiff* | ) |
| v. | ) |
| NCL CORPORATION LTD., | ) |
| *Defendant* | ) |

Civil Action No.   1:23-cv-20873-RAR

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NCL Corporation Ltd.
DANIEL S. FARKAS
7665 Corporate Center Dr.
Miami, FL 33126

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lance A. Garrett, Esq.
SteinLaw, P.A.
20807 Biscayne Boulevard, Suite 200
Aventura, Florida 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 6, 2023
_____

*s/ A. Alonso*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court