UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:23-cv-20873-RAR

JOCELYN P. PALACIOS,

    PLAINTIFF,

vs.

NCL (BAHAMAS) LTD., A BERMUDA COMPANY, and NCL CORPORATION LTD.,

    DEFENDANT(s).
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

COMES NOW, Gabriela C. Novo, Esq., and enters her Notice of Appearance as Co-Counsel of Record on behalf of the Plaintiff, JOCELYN P. PALACIOS. This Notice is limited exclusively to representation at the trial level. The clerk of this Court is requested to send copies of all Notices pertaining to this Cause to undersigned counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was sent via the CM/ECF system to all counsel of record, on this 9th day of March 2023.

                                      Gabriela C. Novo, P.A.
                                      8751 W Broward Blvd, Suite 304
                                      Plantation, Florida 33324
                                      Phone: (954) 523-4100
                                      Fax:   (954) 208-0278

By:    /s/ Gabriela C. Novo
            Gabriela C. Novo, Esq.
            Florida Bar Number 808261